Jerry EASTER, Relator,

v.

**Honorable Frank G. McDONALD, Judge Presiding, 74th District Court, McLennan County, Texas, Respondent.**

No. 10–94–047–CV.

Court of Appeals of Texas, Waco.

Nov. 16, 1994.

Bruce Burleson, Troy, W.V. Dunnam, Jr., Dunnam & Dunnam, Waco, for relator Easter.

Michael Scanes, Naman, Howell, Smith & Lee, Waco, for real party in interest Cecelia Easter.

John Robert King & M. Steven Deck, Law Office of John King, McAllen, for real party in interest Stanley Turner, as next friend of Amy Turner.

David Deaderick, Tulk & Deaderick, Austin, for real party in interest Ph.D. John Wise.

Mark Ramsey, Ramsey & Murray, Houston, for intervenor Germania Ins. Companies.

Before THOMAS, C.J., and CUMMINGS and VANCE, JJ.

ORIGINAL PROCEEDING

ORDER

PER CURIAM.

As directed by the Texas Supreme Court, we vacate our opinion and order dated May 11, 1994. *The Honorable Frank G. McDonald v. The Tenth Court of Appeals,* 886 S.W.2d 955 (1994) (per curiam); *Easter v. McDonald,* 877 S.W.2d 77 (Tex.App.—Waco 1994, orig. proceeding).